GEORGE J. ADAMS and Others, Appellants, v. CLARENCE D. VAN ZANDT, Indi-

vidually and as Mayor of the City of Rochester, and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.